UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK M. BAFFORD

    Plaintiff,

v.                                             CASE NO: 8:10-mc-92-T-23TBM

MIDFIRST BANK & UNITED STATES,

    Defendants.
_____/

**O R D E R**

Finding Frank M. Bafford unable "to litigate cases in this Court in a non-abusive manner," a May 2, 2008, order in <u>Bafford v. Township Apartments Assoc. Ltd.</u>, No. 8:08-cv-T-27TGW (M.D. Fla.), enjoins Bafford from further litigation in the Middle District of Florida and explains the injunction as necessary "to defend the judicial system from abuse and to protect against abusive and vexatious litigation." <u>See</u> <u>Martin-Trigona v. Shaw</u>, 986 F.2d 1384, 1386-87 (11th Cir. 1993). The injunction requires Bafford to seek leave of court before filing any lawsuit in the Middle District of Florida.

Bafford submits to the Clerk a "Complaint & Demand for Jury Trial," which alleges discrimination and sundry other wrongs by a bank and by the United States. The complaint alleges that the bank (1) violated Bafford's rights under the Fifth Amendment to the United States Constitution and (2) breached a fiduciary duty "to act in the best interest of Bafford, as the mortgage holder." The complaint further alleges that the United States violated Bafford's rights under the Fair Housing Act and the Fifth

Amendment, the Fourteenth Amendment, and Article III of the United States Constitution. Bafford states that he "is trying to hide what the new information and evidence are, as not to alert the defendants, so they can change their acts and hide evidence once they realize Bafford knows what they are doing."

A thorough review reveals that the complaint is frivolous, fails to state a claim, and evidences Bafford's continued dedication to abuse of the judicial system. See also Bafford v. Township Apartments, 8:04-cv-1502-JSM-MSS (M.D. Fla.); Bafford v. Township Apartments Assoc., LTD, 8:06-cv-657-JDW-TGW (M.D. Fla.); Bafford v. Township Apartments Assoc., 8:06-cv-1556-JDW-TBM (M.D. Fla.); Bafford v. Township Apartments Assoc., LTD, 8:06-cv-1940-RAL-MAP (M.D. Fla.); Bafford v. Township Apartments Assoc., LTD, 8:08-cv-724-JDW-TGW (M.D. Fla.); Bafford v. United States, 8:09-cv-1895-VMC-AEP (M.D. Fla.). Accordingly, leave to file Bafford's complaint is **DENIED**. The Clerk is directed to (1) return the complaint, unfiled, to Bafford, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on August 6, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE