UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK M. BAFFORD

    Plaintiff,

v.                                               CASE NO: 8:10-mc-92-T-23TBM

MIDFIRST BANK & UNITED STATES,

    Defendants.
_____/

## **O R D E R**

Pursuant to Local Rule 6.01(c)(18), the plaintiff's "Motion to Proceed Without Pay, Res Judicata" (Doc. 3) was referred to the United States Magistrate Judge. On September 9, 2010, the Magistrate Judge issued a report (Doc. 4) construing the document as a motion for leave to appeal in forma pauperis and recommending denial of the motion. No party objects to the report, and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 4) is **ADOPTED**, the plaintiff's motion (Doc. 3) for leave to appeal in forma pauperis is **DENIED**.

ORDERED in Tampa, Florida, on November 1, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE